## FORD et al. v. MAGNOLIA PETROLEUM CO.
### (No. 16673.)

Supreme Court of Texas.   May 15, 1929.

For former opinion, see 14 S.W.(2d) 97.

PER CURIAM.   The application for writ of error in this case is refused on that portion of the opinion of the Court of Civil Appeals in which the finding is made that there was no evidence of gross negligence on the part of the defendant in error, the Magnolia Petroleum Company.

The conclusion of the Court of Civil Appeals that the common-law defenses of contributory negligence and assumed risk are not available in a suit for exemplary damages permitted by the Workmen's Compensation Act (Rev. St. 1925, arts. 8306–8309) is not before us for consideration, and no opinion is expressed as to the soundness of that conclusion.

The application for writ of error is refused.

## BROADWAY et al. v. STONE et al.
### (Motion No. 8633;   No. 1210—5229.)

Commission of Appeals of Texas, Section A.
May 29, 1929.

For former opinion, see 15 S.W.(2d) 230.

### On Rehearing.

HARVEY, P. J.   The plaintiff in error, E. J. Miller, has filed a motion for rehearing in which he assails our holding to the effect that the power of attorney set out in our original opinion does not embrace a conveyance of a share in the claim of the Broadways for oil and gas taken from the land in controversy prior to the execution of said instrument.   The record contains no extrinsic evidence from which aid may be derived in the interpretation of the instrument in the respect mentioned.   Our holding in that respect is based upon the record as it appears before us, and we adhere to that holding.

We recommend that said motion be overruled.